**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 13, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00537-CV

**APUTURE IMAGING CO., LTD, Appellant**

**V.**

**TEXAS TR, LLC, Appellee**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2017-59610**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 30, 2020. On October 1, 2020, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.